UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

ELIODORO ROJAS,

                    Plaintiff,

             -against-

SKT RESTAURANT INC. and STOIRIOS
TSIOUMAS,

                    Defendants.

--------------------------------------x

**MEMORANDUM & ORDER**
23-CV-4056 (EK)(RML)

ERIC KOMITEE, United States District Judge:

      The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated February 26, 2026.  ECF No. 37. Judge Levy recommends that plaintiff's motion for default judgment be denied without prejudice to renewal, and that plaintiff be granted thirty days to cure the deficiencies in his motion.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Levy's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

      Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's motion for default judgment is denied without prejudice to

renewal.  Plaintiff shall refile his motion for default judgment in a manner that complies with this Court's local rules by April 17, 2026.


SO ORDERED.


_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge


Dated:    March 18, 2026
          Brooklyn, New York